**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CARLOS LIZANDRO CARDONA-CARRILLO ,
Petitioner,

v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility, et al.,
Respondents.

Case No.: 26cv5125 DMS (JLB)

**ORDER DENYING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Petitioner is a native and citizen of Guatemalan. Petitioner asserts he entered the United States without inspection in 2006. He had been living freely in the United States until August 14, 2026, when he was detained by Immigration and Customs Enforcement ("ICE"). After being detained, Petitioner was served with a Notice to Appear in immigration court, and he is currently in removal proceedings.

Petitioner alleges his detention is governed by 8 U.S.C. § 1226(a), under which he is entitled to a bond hearing. Petitioner also alleges his detention violates his due process rights. Respondents concede Petitioner is detained under § 1226(a), but argue his Petition

is moot because he is able to request a bond hearing.[1]

Absent any evidence that Petitioner has requested a bond hearing and that request was denied, the Court agrees with Respondents that Petitioner's case is moot. *See Calva v. LaRose*, No. 26-CV-4677 JLS (VET), 2026 WL 2620978 (S.D. Cal. Sep. 3, 2026) (denying petition as moot because petitioner had not yet requested a subsequent bond hearing). Accordingly, the Petition is denied without prejudice. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated: October 20, 2026

Hon. Dana M. Sabraw
United States District Judge

---

[1] Respondents also assert an I-286 has been submitted on Petitioner's behalf. (Return at 2.) However, the evidence they submitted does not support that assertion. Although an official from the Department of Homeland Security ("DHS") obviously made a decision to detain Petitioner, that decision is not reflected on the I-286. Nor does the I-286 reflect that Petitioner requested a review of DHS's custody determination.